UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>MAGDI HANNA,<br><br>     Defendant. | No. 8:22-cv-00179-CJC-KES<br><br>Judgment Against Magdi Hanna [14] |

    For the reasons stated in the Court's July 22, 2022, Order Granting Plaintiff's Motion for Default Judgment (ECF 13), it is ORDERED that:

    1.    Judgment is entered in favor of the United States of America and against Magdi Hanna in the amount of $324,197, consisting of unpaid Report of Foreign Bank and Financial Accounts (FBAR) civil penalty assessments for the 2010, 2011, and 2012 calendar years in the aggregate amount of $300,000, failure-to-pay penalties in the aggregate amount of $18,148, and statutory interest in the amount of $6,049.

    2.    Additional penalties and interest will accrue as provided by law until such obligation is paid in full.

    **IT IS SO ORDERED.**

Dated: October 31, 2022

                                  HON. CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE

**CC: FISCAL**